# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL ACTION NO. 3:23CR-13-RGJ** |
| **TERREN HAYDEN** | **DEFENDANT** |

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge by the District Judge for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The United States was represented by Erin G. McKenzie, Assistant United States Attorney. The hearing was recorded by April Dowell, Official Court Reporter. The defendant by consent with Nic Neumann, on behalf of Rob Eggert, retained counsel, appeared in open court on June 28, 2023, and entered a plea of guilty to Count 1 of the Indictment pursuant to a Rule 11(c)(1)(C) plea agreement. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary as to Count 1 of the Indictment and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offenses. Therefore, the undersigned recommends that the plea of guilty be accepted, and that the defendant be adjudged guilty as to Count 1 in the Indictment and have sentence imposed accordingly.

**The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 59(b)(2), or waive the opportunity to do so.**

**IT IS HEREBY ORDERED** that the defendant shall remain in custody of United States Marshals Service pending further order of the Court.

Sentencing will be scheduled by further order.

June 30, 2023

Regina S. Edwards, Magistrate Judge
United States District Court

:40